IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIISA NIKCEVICH,                    )
                                    )        2:06-cv-02773-GEB-EFB
                Plaintiff,          )
                                    )
        v.                          )        ORDER RE: SETTLEMENT
                                    )        AND DISPOSITION
INTERSTATE MANAGEMENT COMPANY, LLC,)
d/b/a HILTON SACRAMENTO ARDEN WEST;)
HILTON HOSPITALITY, INC.,           )
                                    )
                Defendants.         )
_____)

        On January 29, 2008, a Notice of Settlement was filed in this action in which the parties state they "will submit a stipulation for dismissal to the Court within (20) days." Therefore, a dispositional document shall be filed no later than February 18, 2008. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        IT IS SO ORDERED.

Dated: February 5, 2008

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

1